USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT]
 United States Court of Appeals
 For the First Circuit

No. 98-1849

 UNITED STATES,

 Appellee,

 v.

 FELIPE BERNAL,

 Defendant, Appellant.

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF PUERTO RICO

 [Hon. Juan M. Perez-Gimenez, U.S. District Judge]

 Before

 Lynch, Circuit Judge,
 Bownes, Senior Circuit Judge,
 and Lipez, Circuit Judge.
 
 
 
 
 Felipe Bernal on brief pro se.
 Guillermo Gil, United States Attorney, Jorge E. Vega-Pacheco,
Assistant United States Attorney, and Camille Velez-Rive, Assistant
United States Attorney, on brief for appellee.

June 17, 1999

 
 
 Per Curiam. We have reviewed the parties' briefs
 and the record and affirm the judgment of the district court
 denying the Fed. R. Crim. P. 35(a) motion of Felipe Bernal. 
 First, we note that since defendant did not object to the
 Report and Recommendation of the magistrate judge despite an
 adequate warning regarding the consequences of the failure to
 do so he has waived the right to appellate review. See
 Henley Drilling Co. v. McGee, 36 F.3d 143, 150-51 & n.19 (1st
 Cir. 1994); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d
 603, 605 (1st Cir. 1980).
 In any event, we agree with the Report and
 Recommendation that the motion was meritless. The maximum term
 of imprisonment for each of the offenses to which defendant
 pleaded guilty was life imprisonment. See Gozlon-Peretz v.
 United States, 498 U.S. 395, 401, 404-10 (1991) (tracing the
 history of the federal drug enforcement penalty scheme and
 holding that 1002 of the Anti-Drug Abuse Act of 1986, which
 increased the maximum punishment for large-scale drug offenses
 to life imprisonment, became effective on October 27, 1986). 
 Also, it is well-settled that "consecutive sentences for a
 substantive drug offense and a conspiracy to commit such an
 offense are . . . permissible." United States v. Cerro, 775
 F.2d 908, 910 (7th Cir. 1985); United States v. Wylie, 625 F.2d
 1371, 1381 (9th Cir. 1980).
 Affirmed. See Local Rule 27.1.